# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

**United States of America**

v.

Nathaniel JACKSON
Year of Birth: 1973
Citizen of: United States
SSN: xxx-xx-4383

FILED ___ LODGED
RECEIVED ___ COPY

JUN 3 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

DOCKET NO.

MAGISTRATE'S CASE NO.

**09-09397M**

Complaint for violation of Title **18** United States Code § **111**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 14, 2009, in the District of Arizona, Nathaniel Jackson, the defendant, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Travis Chun, a U.S. Penitentiary Correctional Officer, and engaged in acts involving physical contact in that he struck Travis Chun while Travis Chun was engaged in the his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and enhanced by Title 18, United States Code, Section 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 14, 2009, at approximately 7:58PM, Federal Corrections Officer Travis Chun entered cell #102 in the F1 unit of the FCC Tucson USP prison. . Cell #102 was assigned to inmate Nathaniel Jackson. Officer Chun found pornographic materials in Cell #102. Upon exiting the cell, Nathaniel Jackson approached Officer Chun and tried to grab the pornographic materials from him. Officer Chun gave him an order to let go of the pornographic materials but Jackson did not. Jackson then swung at Chun with an open right hand which struck the left side of Chun's face and head. Officer Chun was treated by the prison's doctors for a contusion to the left side of his face.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**
Special Agent John DeSouza, Federal Bureau of Investigation

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. Authorized by JWH *J. Hanley 6/30/2009* | |
| | OFFICIAL TITLE SPECIAL AGENT *FBI* |
| Sworn to before me and subscribed in my presence. | |

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE June 30, 2009 |
|---|---|

[1) See Federal rules of Criminal Procedure Rules 3 and 54