DIANE J. HUMETEWA
United States Attorney
District of Arizona
JOSEPH W. HANLEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: joseph.hanley@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR09-1477 TUC FRZ/GEE |
| Plaintiff, | **INDICTMENT** |
| v. | Violations: 18 U.S.C. § 111(a)(1) (enhanced by 18 U.S.C. § 111(b)) |
| Nathaniel Jackson | |
| Defendant. | (Assault of Certain Federal Officers or Employees) |

THE GRAND JURY CHARGES:

On or about March 14, 2009, in the District of Arizona, Nathaniel Jackson, the defendant, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with Travis Chun, a U.S. Penitentiary Correctional Officer, and engaged in acts involving physical contact in that he struck Travis Chun while Travis Chun was engaged in his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and

1 | enhanced by Title 18, United States Code, Section 111(b).



DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney

JUL 1 5 2009

REDACTED FOR
PUBLIC DISCLOSURE

United States vs. **Nathaniel Jackson**
Indictment Page 2