DENNIS K. BURKE
United States Attorney
District of Arizona
JOSEPH W. HANLEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: joseph.hanley@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Nathaniel Jackson<br><br>　　　　　Defendant. | **INFORMATION**<br><br>CR 09-1477-TUC-FRZ (GEE)<br><br>Violation: 18 U.S.C. § 111(a)(1)<br><br>(Assault of Certain Federal Officers or Employees) |

**THE GRAND JURY CHARGES:**

On or about March 14, 2009, in the District of Arizona, Nathaniel Jackson, the defendant, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with Travis Chun, a U.S. Penitentiary Correctional Officer, and engaged in acts involving physical contact in that he struck Travis Chun while Travis Chun was engaged in his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/*

Assistant U.S. Attorney