*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

**United States of America**

**v.**

**NATHANIEL JACKSON**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No.  CR 09-01477-001-TUC-FRZ(GEE)

Sean Chapman (Appointed)
Attorney for Defendant

USM#: 67877-053

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/24/10 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §111(a)(1) and 18:111(b), Assault of a Certain Federal Officers or Employees, a Class D Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **FORTY EIGHT (48) MONTHS as follows**:  **TWENTY-FOUR (24) MONTHS**, to run **consecutively** with sentence imposed in the Eastern District of North Carolina case 01CR00047-002 and **TWENTY-FOUR (24) MONTHS**,to run **concurrently** with sentence imposed in the Eastern District of North Carolina case 01CR00047-002  with credit for time served. No supervised release imposed.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $100.00    **FINE:**  $WAIVED    **RESTITUTION:**  NOT RECOMMENDED

The defendant shall pay a total of $ 100.00 in criminal monetary penalties, due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118.  Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c).   The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Case 4:09-cr-01477-FRZ-GEE   Document 40   Filed 06/17/10   Page 2 of 2

CR 09-01477-001-TUC-FRZ(GEE)                                                Page 2 of 3
USA vs. NATHANIEL JACKSON

**THE DEFENDANT PREVIOUSLY WAIVED THE RIGHT TO APPEAL.**

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Wednesday, June 9, 2010**

DATED this 14th day of June, 2010.

**RETURN**

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____              By:_____
United States Marshal                                              Deputy Marshal

CR 09-01477-001-TUC-FRZ(GEE) - JACKSON